☒ SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ☐ LA  ☐ RS  ☒ SA      ☐ UNDER SEAL |
|---|---|
| PLAINTIFF | CASE NUMBER: SA 05-150 M |
|  | ☒ COMPLAINT    ☐ OUT OF DISTRICT AFFIDAVIT |
|  | ☐ INDICTMENT   ☐ INFORMATION |
| v. | ☐ SUMMONS      ☐ EXTRADITION |
|  | ☐ PSA/PO WARRANT |
| Jose Luis Farronan | ☐ SUPER FAST TRACK (Class B Misdemeanor) |
|  | FILED: 3/22/05 |
| DEFENDANT. | VIOLATION: 18:1542 |
|  | DATE: 3/23/05    TIME: 2:00 PM |
|  | TAPE NUMBER: SA05-07 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Nakazato

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Melissa Cash / Brett Sagel / none
          Deputy Clerk / Assistant U.S. Attorney / Interpreter / Language

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☒ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Elizabeth Lahlstrom ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
☒ Ordered (see separate order) ☐ Special appearance by: _____
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained   ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**   ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☒ Preliminary Hearing set for April 6, 2005 at 4:30 PM _____
☒ Post-Indictment Arraignment set for: April 12, 2005 at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights.   ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue.   ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) Mar. 25, 2005 (Time) 2:00 ☐ AM / ☒ PM
  Type of Hearing: Detention Hearing Before Judge Nakazato /Duty Magistrate Judge.
  Proceedings will be held in the ☒ Duty Courtroom 6B ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ pending further hearing / Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
    RELEASE ORDER NO: _____
☐ Other: _____

            ☐ PSA         ☐ FINANCIAL      ☐ READY
                                           ENTER ON ICMS
cc: AUSA, Defendant's counsel              Deputy Clerk Initials
    ☐ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO
    ORIGINAL -WHITE COPY   PINK- PIA CLERK   YELLOW-USTATS   MAR 29 2005   GREEN - CRD

M-5 (11/04)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1
                                                                *U.S. GPO: 2004/778-324/13004